UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENTON D. THOMPSON,

          Plaintiff,

    v.

DANIEL L. WILLIAMS, *et al*,

          Defendants.

CASE NO.    C06-5476FDB

ORDER ADOPTING REPORT
AND RECOMMENDATION

      The Court, having reviewed plaintiff's motion for summary judgment (Dkt. #27), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, Defendants' Response to the Objections, and the remaining record, concludes that the Report and Recommendation must be adopted. The Magistrate Judge properly concluded that Plaintiff's summary judgment motion was premature and that Defendants should be permitted to conduct discovery in order to adequately respond to Plaintiff's allegations regarding his dietary requests.

      ACCORDINGLY IT IS ORDERED:

(1)    The Court adopts the Report and Recommendation;

(2)    Plaintiff's motion is DENIED; and

(3)    The Clerk is directed to send copies of this Order to plaintiff, defendants' counsel and Magistrate Judge Karen L. Strombom.

      DATED this 7th day of June 2007.

                              FRANKLIN D. BURGESS
                              UNITED STATES DISTRICT JUDGE