UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENTON D. THOMPSON,

    Plaintiff,

v.

DANIEL L. WILLIAMS, *et al*,

    Defendants.

Case No. C06-5476FDB-KLS

ORDER REGARDING PLAINTIFF'S LETTER TO THE CLERK

This matter has been referred to Magistrate Judge Karen L. Strombom pursuant to 28 U.S.C. § 636(b)(1), Local Magistrates Rules MJR 3 and 4, and Rule 72 of the Federal Rules of Civil Procedure. The case is before the Court on plaintiff's filing of a letter addressed to the Clerk, which the Court shall treat as a motion. (Dkt. #44). After reviewing plaintiff's letter and the balance of the record, the Court finds and orders as follows:

On June 7, 2007, plaintiff's motion for summary judgment was denied. See (Dkt. #40 and 43). In his letter, which he filed the next day, plaintiff states he is in need of the Federal Rules of Civil Procedure ("Fed. R. Civ. P.") in order to re-file his summary judgment motion. In the alternative, plaintiff asks if he can simply re-note the motion on the Court calender for re-consideration.

Neither the Clerk, nor the Court for that matter, may offer plaintiff legal assistance or advice on how to proceed with his case. The Court does note for plaintiff's benefit though, that Fed. R. Civ. P. 56 governs the procedures with respect to summary judgment motions. Plaintiff thus may want to consult that

1 particular rule in deciding how to proceed. To the extent plaintiff seeks any further advice or action by the
2 Court on this issue, his motion (Dkt. #44) hereby is DENIED.

The Clerk is directed to send a copy of this Order to plaintiff and counsel for defendants.

DATED this 18th day of June, 2007.

*Karen L. Strombom*
Karen L. Strombom
United States Magistrate Judge