UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENTON D. THOMPSON,

    Plaintiff,

v.

DANIEL L. WILLIAMS, *et al*,

    Defendants.

CASE NO.   C06-5476FDB-KLS

ORDER ADOPTING REPORT
AND RECOMMENDATION

Plaintiff has filed objections to the Magistrate Judge's Report and Recommendation in this case involving a claim that Defendants have violated Plaintiff's First Amendment right to freely exercise his religion, his Fourteenth Amendment right to equal protection under the law, and the Religious Land Use and Institutionalized Persons Act. The Magistrate Judge's Report and Recommendation is thorough in its discussion and citation to authority and in its reasoning. Plaintiff's Objections (even if considered timely) are not persuasive in convincing this Court to reject the Report and Recommendation.

The Court, having reviewed the parties' motions for summary judgment (Dkt. #46-#47), the Report and Recommendation of United States Magistrate Judge Karen L. Strombom, objections to the Report and Recommendation, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Defendants' motion for summary judgment and plaintiff's motion to file an overlength brief (Dkt. #54) are GRANTED;

ORDER
Page - 1

1  (3) Plaintiff's motion for summary judgment and motion to file a late response brief (Dkt. #53)
2      are DENIED;
3  (4) Plaintiff's complaint is DISMISSED; and
4  (5) The Clerk is directed to send copies of this Order to plaintiff, defendants' counsel and
5      Magistrate Judge Karen L. Strombom.

DATED this 31st day of October 2007.

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE