# United States District Court

WESTERN DISTRICT OF WASHINGTON

BRENTON DWAYNE THOMPSON

JUDGMENT IN A CIVIL CASE

v.

DANIEL WILLIAMS, et al.

CASE NUMBER: C06-5476FDB

☐      **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

XX      **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. The Court adopts the Report and Recommendation.

2. Defendant's motion for summary judgment and plaintiff's motion to file an over length brief (Dkt #54) are GRANTED.

3. Plaintiff's motion for summary judgment and motion to file a late response brief (Dkt #53) are DENIED.

4. Plaintiff's complaint is DISMISSED.

October 31, 2007                        BRUCE RIFKIN
                                                            Clerk

                                                            s/ D. Forbes

By, Deputy Clerk